LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT LAPRESLE, | ) | No.  CV 11-01267 RNB |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER AWARDING |
| | ) | EAJA FEES |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE

THOUSAND SEVEN HUNDRED SIXTEEN DOLLARS AND 75/100 ($1,716.75)

subject to the terms of the stipulation.

DATE: __March 01, 2012__     _____

HON. ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

–1–